UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL CAMBIO, as Sister and
Beneficiary of Gary S. Robinson

V. C.A. No.: 06-537ML

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

**AMENDED COMPLAINT**

PARTIES AND JURISDICTION

1. The plaintiff, Gail Cambio, a resident of the City of Warwick, State of Rhode Island and brings this complaint on her own behalf as a beneficiary under a life insurance policy issued to her brother, Gary S. Robinson through his employer General Dynamics.

2. The defendant, The Prudential Insurance Company of America issued an ERISA Welfare Benefit Plan within the meaning of ERISA, 29 USC§1002(1), and this Court has jurisdiction under 29 USC§1144.

3. The defendant, The Prudential Insurance Company of America, acted as the administrator of the benefit plan issued to the employees of General Dynamics. Said policy bears the group policy number G-41984.

4. The plaintiff was an employee of General Dynamics on and before August 18, 2005 and by virtue of said employment was a certificate holder of said group insurance policy issued by the defendant.

5. While in the employ of General Dynamics, the plaintiff was tragically and suddenly killed in a motor vehicle accident on August 18, 2005.

6. Said group insurance policy described above contained a sole accidental death benefit. By virtue of his death, plaintiffs' decedent became entitled to this benefit.

7. The plaintiff duly filed a claim for accidental death benefits as required by the policy described above.

8. The defendant has wrongfully denied plaintiffs' request for accidental death benefits to which she is entitled.

9. The plaintiff has demanded said benefits from the defendant and the defendant has refused to pay the benefit due the plaintiff under the aforementioned policy.

10. The defendants' failure to pay the benefits due the plaintiff is a breach of its obligation under the policy.

WHEREFORE, the plaintiff, Gail Cambio, as Sister and Beneficiary of Gary S. Robinson, demands judgment against the defendant, The Prudential Insurance Company of America, in an amount equal to the coverage provided by said plan, plus interest, costs and attorney fees.

Plaintiff,
By her Attorney,

/s/ Anthony J. Gianfrancesco

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

Dated: December 27, 2006

**CERTIFICATION**

The undersigned hereby certify that a true and accurate copy of the above motion will be forwarded via the ECF system to **Carey Bertrand, Esq.**, 155 Federal Street, Boston, Massachusetts 02110 on this 27th day of December, 2007.

/s/ Anthony J. Gianfrancesco