**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GAIL CAMBIO, as Sister and
Beneficiary of Gary S. Robinson,
Plaintiff

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
Defendant

C.A. No.: 06-537ML

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

**AFFIRMATIVE DEFENSE**

By way of affirmative defense, Defendant, states that the Amended Complaint should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant, by way of affirmative defense, answers each paragraph of the Plaintiff's Amended Complaint, as follows:

1. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Plaintiff's Amended Complaint.

2. The Defendant admits that it issued an Insurance Policy to General Dynamics which is governed by ERISA and denies the remainder.

3. The Defendant admits that it acted as the Claims Administrator of the benefit plan, G-41984 and denies the remainder of the allegations contained in paragraph 3 of the Plaintiff's Amended Complaint.

4. The Defendant admits the allegations contained in paragraph 4 of the Plaintiff's Amended Complaint.

5. The Defendant admits that upon information and belief, the decedent died on August 18, 2005 and denies the remainder of the allegations contained in paragraph 5 of the Plaintiff's Amended Complaint.

6. The Defendant admits that the said group insurance policy contained a sole accidental death benefit and denies the remainder of the allegations contained in paragraph 6 of the Plaintiff's Amended Complaint.

7. The Defendant admits the allegations contained in paragraph 7 of the Plaintiff's Amended Complaint.

8. The Defendant denies the allegations contained in paragraph 8 of the Plaintiff's Amended Complaint.

9. The Defendant admits the allegations contained in paragraph 9 of the Plaintiff's Amended Complaint.

10. The Defendant denies the allegations contained in paragraph 10 of the Plaintiff's Amended Complaint.

WHEREFORE, the Defendant, Prudential Insurance Company of America respectfully requests that all counts against it be dismissed and that it be awarded costs, fees and any other relief deemed just and appropriate.

**THIRD AFFIRMATIVE DEFENSE**

By way of affirmative defense, Defendant states that Plaintiff has failed to state a claim upon which relief can be granted.

**FOURTH AFFIRMATIVE DEFENSE**

By way of affirmative defense, Defendant states that each and every act done or statement made by Prudential was a good faith assertion of its rights and therefore was privileged and/or justified.

**FIFTH AFFIRMATIVE DEFENSE**

By way of affirmative defense, Defendant states that it is not liable to Plaintiff for death benefits.

**SIXTH AFFIRMATIVE DEFENSE**

By way of affirmative defense, Defendant states that each and every act done or statement made by Defendant with reference to Plaintiff was a good faith assertion of Defendant's rights and therefore was privileged and/or justified.

**SEVENTH AFFIRMATIVE DEFENSE**

By way of affirmative defense, Defendant states that Plaintiff's claims are barred by the doctrines of estoppel, waiver and unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

By way of affirmative defense, Defendant states that all claims decisions were correct and proper under the terms of the Policy.

**NINTH AFFIRMATIVE DEFENSE**

By way of affirmative defense, Defendant reserves its right to assert additional defenses up to time of trial.

The Defendant,
PRUDENTIAL INSURANCE COMPANY
Of AMERICA,
By Its Attorney,

/s/ Kara Thorvaldsen
Kara Thorvaldsen, Bar No. 7241
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

Dated: January 10, 2007

## Certificate of Service

I, Kara Thorvaldsen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on January 10, 2007.

/s/ Kara Thorvaldsen