**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GAIL CAMBIO, as Sister and
Beneficiary of Gary S. Robinson,
Plaintiff

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
Defendant

C.A. No.: 06-537ML

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Prudential Insurance Company of America ("Prudential") submits the following as its Corporate Disclosure Statement:

1. Prudential, a non-governmental corporation, identifies the following parent company, which is a publicly held corporation, that controls Prudential, directly or through other, or which owns 10% or more of the party's stock: Prudential Financial, Inc.
2. As of December 18, 2001, Prudential became an indirect, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation.
3. Prudential identifies the following publicly held corporations with which a merger agreement with the party exists: None.
4. Prudential Financial, Inc., is the parent company of Prudential.
5. Prudential's stock is owned by Prudential Holdings, LLC, a direct, wholly owned company owned by Prudential Financial, Inc.

The Defendant,
PRUDENTIAL INSURANCE COMPANY

Of AMERICA,
By Its Attorney,

/s/ Kara Thorvaldsen
Kara Thorvaldsen, Bar No. 7241
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

Dated: January 10, 2007

**Certificate of Service**

I, Kara Thorvaldsen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on January 10, 2007.

/s/ Kara Thorvaldsen