**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GAIL CAMBIO, as Sister and
Beneficiary of Gary S. Robinson,
Plaintiff

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
Defendant

C.A. No.: 06-537ML

**UNOPPOSED MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, The Prudential Insurance Company of America, hereby moves that William T. Bogaert be admitted *pro hac vice* as associate trial counsel with local associate counsel identified below. The parties have no objection to this motion.

Attached is the certificate for *pro hac vice* admission for attorney Bogaert.

Respectfully submitted,

/s/ Kara Thorvaldsen
Kara Thorvaldsen #7241
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617)422-5300

**CERTIFICATE OF SERVICE**

I, Kara Thorvaldsen, hereby certify that the foregoing UNOPPOSED MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on April 4, 2007, as follows:

Anthony J. Gianfrancesco
a.gianfrancesco@bgmalaw.com

/s/ Kara Thorvaldsen