**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GAIL CAMBIO, as Sister and Beneficiary of Gary S. Robinson,<br>Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>Defendant | C.A. No.: 06-537ML |

**ATTORNEY CAREY L. BERTRAND'S, CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Carey L. Bertrand hereby certify as follows:

(1) I am a member in good standing of the bar of the Commonwealth of Massachusetts and the Federal District Court bar of Massachusetts, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I was previously admitted *pro hac vice* in the case of Portillo v. Prudential, C.A. No. 06-2735 and Boudreau v. Prudential Insurance Company of America, C.A. NO.: 05-154 and I also sought admission to this Court in the case of Femino v. The Prudential Insurance Company of America, C.A. NO. 04-298-S but the case was withdrawn before any decision was made on my admission. All of these cases are closed.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the

Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For the purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

_/s/ Carey L. Bertrand__________
Carey L. Bertrand, (BBO# 650496)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
Telephone: (617) 422-5300
Facsimile: (617) 423-6917

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

_/s/ Kara Thorvaldsen________
Kara Thorvaldsen #4930
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110

**ORDER:** **This motion is hereby ____________________________________________**
**U.S. District Judge**
**Date:__________________________**