**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GAIL CAMBIO, as Sister and
Beneficiary of Gary S. Robinson,
Plaintiff

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
Defendant

C.A. No.: 06-537ML

**STIPULATION OF DISMISSAL**

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs, waiving all rights of appeal.

Respectfully submitted,

Plaintiff,
GAIL CAMBIO,

/s/ Anthony Gianfrancesco
Anthony Gianfrancesco,
Baluch, Gianfrancesco, Mathieu & Szerlag
155 S. Main St., Suite 101
Providence, RI 02903
(410)331-1434

Defendant,
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

/s/ Kara Thorvaldsen
Kara Thorvaldsen #7241
William T. Bogaert, *Admitted Pro Hac Vice*
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: July 16, 2007

**Certificate of Service**

I, Kara Thorvaldsen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on July 16, 2007, as follows:

a.gianfrancesco@bgmalaw.com

/s/ Kara Thorvaldsen